UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA E. SLATTERY, and<br>MICHAEL B. SLATTERY,<br>        Plaintiffs,<br><br>v.<br><br>RICHARD HOWSE, TRAVELERS<br>TRANSPORTATION SERVICE, INC., and<br>KINGSWAY GENERAL INSURANCE<br>COMPANY,<br>        Defendants | CIVIL ACTION NO. 04-30209-MAP |

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

Now come the parties to the above-entitled action, and jointly move this Honorable Court to continue the initial scheduling conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1. As grounds for this motion, the parties state that counsel for the plaintiffs was recently engaged to assist in the handling of this matter, including to act as trial counsel for the plaintiffs, and additional time is required to review the file and prepare a settlement demand, as required by the rules, prior to the initial scheduling conference.

The parties specifically request that this Honorable Court continue the scheduling conference from January 7, 2005 to January 27, 2005 at 10 a.m. The parties understand that, pursuant to the Court's previous order, the scheduling conference will be held before Magistrate Judge Kenneth P. Neiman.

WHEREFORE, the parties move that this Honorable Court continue the initial scheduling conference from January 7, 2005 to January 27, 2005 at 10 a.m.

33143.1

| | |
|---|---|
| PATRICIA E. SLATTERY, and<br>MICHAEL B. SLATTERY, | TRAVELERS TRANSPORTATION<br>SERVICE, INC., and KINGSWAY<br>GENERAL INSURANCE COMPANY, |
| By their attorneys, | By their attorneys, |
|   /s/ Paul Weinberg<br>Paul S. Weinberg, BBO #519550<br>Weinberg & Garber, P.C.<br>71 King Street<br>Northampton, MA  01060<br>(413) 582-6886 |   /s/ Christopher P. Flanagan<br>Maynard M. Kirpalani, BBO# 273949<br>Christopher P. Flanagan, BBO# 567075<br>WILSON, ELSER, MOSKOWITZ,<br>   EDELMAN & DICKER<br>155 Federal Street<br>Boston, MA 02110<br>(617) 422-5300 |

Dated: January 2, 2005

33143.1