UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION
C.A. No. 04-302029-MAP

PATRICIA E. SLATTERY AND
MICHAEL B. SLATTERY,
    Plaintiffs

v.

RICHARD HOWSE; TRAVELERS
TRANSPORTATION SERVICE, INC.;
AND KINGSWAY GENERAL
INSURANCE COMPANY,
    Defendants

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for Plaintiffs, Patricia E. Slattery and Michael B. Slattery.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

_____
Paul S. Weinberg, Esq. BBO No. 519550
Weinberg & Garber, P.C.
71 King Street
Northampton, MA 01060
(413) 582-6886 fax (413) 582-6881

### CERTIFICATE OF SERVICE

I, Paul S. Weinberg, Esq., hereby certify that on this 12th day of January, 2005, I served a copy of the foregoing by mailing, postage prepaid, to counsel.
Subscribed under penalties of perjury.

_____
Paul S. Weinberg, Esq.