UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS COURT

C.A. No. 04-302029-MAP

PATRICIA E. SLATTERY AND
MICHAEL B. SLATTERY ,
        Plaintiffs,

v.

RICHARD HOWSE; TRAVELERS
TRANSPORTATION SERVICE, INC.;
AND KINGSWAY GENERAL
INSURANCE COMPANY ,
        Defendants.

## RULE 16.1 JOINT STATEMENT

The parties, pursuant to Fed.R.Civ.Pro. 16 and Local Rule 16.1, for their Rule 16.1

Joint Statement, state as follows:

## Proposed Scheduling Order

The parties propose the following pre-trial schedule for motions and discovery:

| | |
|---|---|
| Amendments to pleadings: | February 11, 2005 |
| Completion of written discovery: | May 11, 2005 |
| Completion of Fact Depositions: (8 per side) | July 11, 20005 |
| Plaintiff's Identification of Trial Experts: | August 11, 2005 |
| Defendants' Identification Trial Experts: | September 11, 2005 |
| Completion of Expert Deposition | November 11, 2005 |
| Settlement conference/Final Pretrial Conference: | January 11, 2006 |
| Trial: | February 11, 2006 |

## Rule 16.1(D)(3) Certification

The parties will file their Local Rule 16.1(D)(3) certifications separately.


PLAINTIFFS PATRICIA E. SLATTERY
AND MICHAEL B. SLATTERY

By: /s/ John Garber
Paul S. Weinberg, Esq.,
BBO No. 519550
John E. Garber, Esq.,
BBO No. 635313
Weinberg & Garber, P.C.
71 King Street
Northampton, MA 01060
(413) 582-6886
fax (413) 582-6881

By: /s/ Neil Burns
Neil Burns, Esq.,
BBO No. 546051
6 Beacon Street, #600
Boston, MA02108
(617) 227-7423
(617) 227-0691

DEFENDANTS TRAVELERS
TRANSPORTATION SERVICE, INC.;
AND KINGSWAY GENERAL
INSURANCE COMPANY

By: /s/ Christopher Flanagan
Christopher Flanagan, Esq.,
BBO No.
Wilson, Elser, Moskowitz, Edelman &
Dicker, LLP
155 Federal Street, 5th floor
Boston, MA02110
(617) 422 5300
(617)  423-6917