UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS COURT

C.A. No. 04-302029-MAP

PATRICIA E. SLATTERY AND
MICHAEL B. SLATTERY,
    Plaintiffs,
v.

RICHARD HOWSE; TRAVELERS
TRANSPORTATION SERVICE, INC.;
AND KINGSWAY GENERAL
INSURANCE COMPANY,
    Defendants.

### RULE 16.1(D)(3) CERTIFICATION

The undersigned counsel and the parties or their representatives certify that they have conferred with a view of establishing a budget for the costs of conducting the full course of litigation, and have considered resolution of the litigation through alternative dispute resolution.

PLAINTIFFS PATRICIA E.
SLATTERY AND MICHAEL B.
SLATTERY

By: /s/ John E. Garber
Paul S. Weinberg, Esq.,
BBO No. 519550
John E. Garber, Esq.,
BBO No. 635313
Weinberg & Garber, P.C.
71 King Street
Northampton, MA 01060
(413) 582-6886 fax (413) 582-6881

By: /s/ Neil Burns
Neil Burns, Esq.,
BBO No. 546051
6 Beacon Street, #600
Boston, MA 02108
(617) 227-7423 fax (617) 227-0691

/s/ Patricia Slattery
Patricia Slattery
19784 SW 93 Lane
Dunnellon, FL 34432
(352) 489-6706

/s/ Michael Slattery
Michael Slattery
19784 SW 93 Lane
Dunnellon, FL 34432
(352) 489-6706

050121 917