UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA E. SLATTERY, and<br>MICHAEL B. SLATTERY,<br>        Plaintiffs,<br><br>v.<br><br>RICHARD HOWSE, TRAVELERS<br>TRANSPORTATION SERVICE, INC., and<br>KINGSWAY GENERAL INSURANCE<br>COMPANY,<br>        Defendants | CIVIL ACTION NO. 04-30209-MAP |

**CERTIFICATION BY DEFENDANTS, TRAVELERS TRANSPORTATION SERVICE, INC. AND KINGSWAY GENERAL INSURANCE COMPANY, PURSUANT TO L.R. 16.1(D)(3)**

The defendant, Travelers Transportation Service, Inc., Kingsway General Insurance Company, and its counsel hereby certify to this Court that the defendant and its counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

                                          TRAVELERS TRANSPORTATION SERVICE, INC., and
                                          KINGSWAY GENERAL INSURANCE COMPANY,

                                          By its attorneys,

                                          ___/s/ Christopher P. Flanagan_____
                                          Maynard M. Kirpalani, BBO# 273940
                                          Christopher P. Flanagan, BBO# 567075
                                          Wilson, Elser, Moskowitz, Edelman & Dicker LLP
                                          155 Federal Street
                                          Boston, MA 02110
Dated: <u>January 25, 2005</u>               (617) 422-5300

33718.1

2

|  |  |
|---|---|
|  | TRAVELERS TRANSPORTATION SERVICE, INC., <br> By its duly authorized representative, |
|  | /s/ Todd Coulas (cpf) |
| Dated: <u>January 25, 2005</u> | Todd Coulas |
|  |  |
|  | KINGSWAY GENERAL INSURANCE COMPANY, <br> By its duly authorized representative, |
|  | /s/Lynda Haines (cpf) |
| Dated: <u>January 25, 2005</u> | Lynda Haines |

2

33718.1