UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA E. SLATTERY and )
MICHAEL B. SLATTERY, )
        Plaintiffs )
)
v. ) Civil Action No. 04-30209-MAP
)
)
RICHARD HOWSE; TRAVELERS )
TRANSPORTATION SERVICE, INC.; )
and KINGSWAY GENERAL )
INSURANCE COMPANY, )
        Defendants )

SCHEDULING ORDER
January 27, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. Amendments to the pleadings shall be filed by February 11, 2005.

2. All written discovery shall be completed by May 11, 2005.

3. Non-expert depositions shall be completed by July 11, 2005.

4. Counsel shall appear for a case management conference on July 13, 2005, at 10:30 a.m. in Courtroom Three.

5. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by August 11, 2005.

6. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by September 11, 2005.

7.  All expert depositions shall be completed by November 11, 2005.

IT IS SO ORDERED.

DATED: January 27, 2005

                                             /s/ Kenneth P. Neiman  
                                             KENNETH P. NEIMAN  
                                             U.S. Magistrate Judge