UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA E. SLATTERY, and<br>MICHAEL B. SLATTERY,<br>    Plaintiffs,<br><br>v.<br><br>RICHARD HOWSE, TRAVELERS<br>TRANSPORTATION SERVICE, INC., and<br>KINGSWAY GENERAL INSURANCE<br>COMPANY,<br>    Defendants | CIVIL ACTION NO. 04-30209-MAP |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the parties to the above-captioned matter hereby stipulate and agree that all claims against the defendant, Kingsway General Insurance Company, Counts VII and VIII of the Complaint, be dismissed without prejudice.

| | |
|---|---|
| PATRICIA E. SLATTERY, and<br>MICHAEL B. SLATTERY, | PATRICIA E. SLATTERY, and<br>MICHAEL B. SLATTERY, |
| By their attorneys, | By their attorneys, |
| ___/s/ Neil Burns (cpf)_____<br>Neil Burns, BBO# 546051<br>Law Office of Neil Burns<br>Six Beacon Street, Suite 600<br>Boston, MA 02108<br>(617) 227-7423 | ___/s/ Paul Weinberg  (cpf)_____<br>Paul S. Weinberg, BBO #519550<br>Weinberg & Garber, P.C.<br>71 King Street<br>Northampton, MA  01060<br>(413) 582-6886 |

33972.1

RICHARD HOWSE, TRAVELERS TRANSPORTATION SERVICE, INC., and KINGSWAY GENERAL INSURANCE COMPANY,

By their attorneys,

   /s/ Christopher P. Flanagan
Maynard M. Kirpalani, BBO# 273949
Christopher P. Flanagan, BBO# 567075
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: February 23, 2005

2

33972.1