UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA E. SLATTERY, and<br>MICHAEL B. SLATTERY,<br>　　　　　Plaintiffs,<br><br>v.<br><br>RICHARD HOWSE, and TRAVELERS<br>TRANSPORTATION SERVICE, INC.,<br>　　　　　Defendants | CIVIL ACTION NO. 04-30209-MAP |

**CERTIFICATION BY DEFENDANT, RICHARD HOWSE,
PURSUANT TO L.R. 16.1(D)(3)**

　　　　The defendant, Richard Howse, and his counsel hereby certify to this Court that the defendant and his counsel have conferred:

　　　　(a)　　with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

　　　　(b)　　to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

　　　　　　　　　　　　　　　　　　RICHARD HOWSE,

　　　　　　　　　　　　　　　　　　By his attorneys,

　　　　　　　　　　　　　　　　　　　/s/ Christopher P. Flanagan
　　　　　　　　　　　　　　　　　　Maynard M. Kirpalani, BBO# 273940
　　　　　　　　　　　　　　　　　　Christopher P. Flanagan, BBO# 567075
　　　　　　　　　　　　　　　　　　Wilson, Elser, Moskowitz, Edelman & Dicker LLP
　　　　　　　　　　　　　　　　　　155 Federal Street
　　　　　　　　　　　　　　　　　　Boston, MA 02110
Dated: March 9, 2005　　　　　　　(617) 422-5300


　　　　　　　　　　　　　　　　　　RICHARD HOWSE,

　　　　　　　　　　　　　　　　　　　/s/ Richard Howse (cpf)
Dated: March 9, 2005　　　　　　　Richard Howse

33969.1