UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA E. SLATTERY, and<br>MICHAEL B. SLATTERY,<br>    Plaintiffs,<br><br>v.<br><br>RICHARD HOWSE and TRAVELERS<br>TRANSPORTATION SERVICE, INC.,<br>    Defendants | CIVIL ACTION NO. 04-30209-MAP |

**DEFENDANTS' (ASSENTED TO) MOTION TO
ENLARGE TIME TO RESPOND TO DISCOVERY**

NOW COME the defendants, Richard Howse and Travelers Transportation Service, Inc., pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and respectfully request that this Honorable Court allow this motion to enlarge the time to respond to discovery. The defendants specifically request that this Honorable Court enlarge the time for the defendants to serve answers to plaintiffs' interrogatories and respond to plaintiffs' requests for production of documents to April 15, 2005. The plaintiffs have assented to this motion.

Wherefore, the defendants respectfully request that this motion to enlarge time to respond to discovery be allowed.

RICHARD HOWSE and TRAVELERS
TRANSPORTATION SERVICE, INC.,

By its attorneys,


  /s/ Christopher P. Flanagan
Maynard M. Kirpalani, BBO# 273940
Christopher P. Flanagan, BBO# 567075
Wilson, Elser, Moskowitz,
     Edelman & Dicker LLP
155 Federal Street
Boston, MA 02110
Dated: March 28, 2005            (617) 422-5300

36077.1

2

Assented to:

PATRICIA E. SLATTERY, and
MICHAEL B. SLATTERY,

By their attorneys,


   /s/ Paul S. Weinberg        
Paul S. Weinberg, BBO #519550
Weinberg & Garber, P.C.
71 King Street
Northampton, MA  01060
(413) 582-6886

2

36077.1