UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA E. SLATTERY and<br>MICHAEL B. SLATTERY,<br>                Plaintiffs<br><br>v.<br><br><br>RICHARD HOWSE and TRAVELERS<br>TRANSPORTATION SERVICE, INC.,<br>                Defendants | )<br>)<br>)<br>)<br>)   Civil Action No. 04-302029-MAP<br>)<br>)<br>)<br>)<br>) |

REVISED SCHEDULING ORDER
July 13, 2005

NEIMAN, U.S.M.J.

The following revised schedule was established at the case management conference this day:

1. All remaining non-expert discovery shall be completed by September 30, 2005.

2. Counsel shall appear for a case management conference on October 5, 2005, at 3:00 p.m. in Courtroom Three.

IT IS SO ORDERED.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge