UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA E. SLATTERY, et al.,<br>　　　　　　　　　Plaintiffs<br><br>　　　v.<br><br>RICHARD HOWSE, et al.,<br>　　　　　　　　　Defendants | Civil Action No. 04-30209-MAP |

SETTLEMENT ORDER OF DISMISSAL
October 4, 2005

　　The court, having been advised on October 3, 2005, that the above-entitled action has been settled;

　　IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

　　　　　　　　　　　　　　　　　　　　　By the Court,


　　　　　　　　　　　　　　　　　　　　　 /s/ Bethaney A. Healy
　　　　　　　　　　　　　　　　　　　　　Bethaney A. Healy
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk