UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PATRICIA E. SLATTERY, and
MICHAEL B. SLATTERY,
        Plaintiffs,

v.

RICHARD HOWSE and TRAVELERS
TRANSPORTATION SERVICE, INC.,
        Defendants

CIVIL ACTION NO. 04-30209-MAP

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the parties hereby stipulate and agree that this matter be dismissed with prejudice, without attorney's fees and costs, and with all rights of appeal waived.

| PATRICIA E. SLATTERY and MICHAEL B. SLATTERY, | RICHARD HOWSE and TRAVELERS TRANSPORTATION SERVICE, INC., |
|---|---|
| By their attorneys, | By its attorneys, |
| ___/s/ Neil Burns (cpf)_____ <br> Neil Burns, BBO# 546051 <br> Law Office of Neil Burns <br> Six Beacon Street, Suite 600 <br> Boston, MA 02108 <br> (617) 227-7423 | ___/s/ Christopher P. Flanagan_____ <br> Christopher P. Flanagan, BBO# 567075 <br> Wilson, Elser, Moskowitz, Edelman & <br>    Dicker LLP <br> 155 Federal Street <br> Boston, MA 02110 <br> (617) 422-5300 |
| ___/s/ Paul S. Weinberg_____ <br> Paul S. Weinberg, BBO# 519550 <br> John E. Garber, BBO# 635313 <br> Weinberg & Garber, P.C. <br> 71 King Street <br> Northampton, MA 01060 <br> (413) 582-6886 | |

Dated: <u>November 1, 2005</u>

45129.1